**Carol A. GABRIELLI, Petitioner,**

v.

**DEPARTMENT OF TREASURY,
Respondent.**

**No. 2009–3042.**

United States Court of Appeals,
Federal Circuit.

Jan. 21, 2009.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 15, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before February 11, 2009.